## United States District Court
### Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 05-13 | 9576903 | Ofc. Reisinger | C078 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 07/07/2025 0705
Offense Charged: State Code — ORC 2923.16 (B)(1)
Place of Offense: 3990 East Broad St. Columbus, Ohio, 43213

Offense Description: Factual Basis for Charge
Undeclared Firearm
Improper Handling

**DEFENDANT INFORMATION**

Last Name: Andrake
First Name: Kenneth

Tag No: 010401A
State: KY
Year: 1999
Make/Model: Freightliner
Color: Gold/[redacted]

**A** ☑ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: U.S. District Court, 85 Marconi Blvd, Columbus, OH 43215
614-719-3000
Date: 10/15/2025
Time: 11:00

X Defendant Signature: [signature]
Original - CVB Copy
*9576903*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08 July 20 25 while exercising my duties as a law enforcement officer in the Southern District of Ohio

Sergeant BREVIN HENNINGER, DLA Police, DSCC, and Officer ANDREW REISINGER, DLA Police, DSCC, were conducting commercial gate commercial vehicle inspections. Mr. ANDRAKE was asked by Sergeant HENNINGER if he had any firearms, knives, drugs, or explosives of any kind to declare, to which Mr. ANDRAKE stated that he did not. Upon denying any of the previously listed items, Mr. ANDRAKE was asked to step out of the vehicle and open all compartments in and on the vehicle for a mandatory inspection. Officer REISINGER began inspecting the inside of the cab of the vehicle, where in the overhead compartment a loaded Smith and Wesson .38 Special (SN: G1774529) was found outside of the holster and within reach of the driver's seat. Upon the discovery of the firearm, Sergeant HENNINGER asked Mr. ANDRAKE a second time if he had anything to declare, to which Mr. ANDRAKE said that there might be a few knives. Officer REISINGER completed the search of the rest of the vehicle and did not find any other prohibited items. An 1805 United States District Court Violation Notice was issued, and Mr. ANDRAKE was cited with ORC 2923.16 (B)(1) and denied access to DSCC.

The foregoing statement is based upon:
☐ my personal observation   ✓ my personal investigation
✓ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/08/2025    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident